# EXHIBIT 1

9/11/2024 4:02 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 91916628
By: Alan Robledo
Filed: 9/11/2024 4:02 PM

Receipt Number: 1003400
Tracking Number: 74374150 EML

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202460236

| | |
|---|---|
| PLAINTIFF: JONES, ROBERT N | In the 333rd Judicial |
| vs. | District Court of |
| DEFENDANT: REC MARINE LOGISTICS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: W&T OFFSHORE INC (DOMESTIC COMPANY) MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on September 6, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this September 10, 2024.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: MONICA JACKSON

Issued at request of:
GRIFFIN, DARREN BRET
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393
Bar Number: 24025396

Unofficial Copy Office of Marilyn Burgess District Clerk

Tracking Number: 74374150 EML

CAUSE NUMBER: 202460236

PLAINTIFF: JONES, ROBERT N — In the 333rd

vs. — Judicial District Court

DEFENDANT: REC MARINE LOGISTICS LLC — of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ________o'clock _____. M., on the ________ day of ______________________________________________, 20______.

Executed at (address) ____________________________________________________________ in _______________ County at _______ o'clock _____. M., on the ________ day of ____________________________________________________________, 20 ______,

by delivering to __________________________________________________________________ defendant, in person, a true copy of this Citation together with the accompanying _______ copy(ies) of the __________________________________________________ Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _________ day of _______________________________________________, 20 _______.

FEE: $ ______________

__________________________________________________

________________ of ____________________

County, Texas

________________________________________ By: ____________________________________________

Affiant — Deputy

On this day, ____________________________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __________ of ________________________________________, 20 ______

____________________________________________

Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

**CAUSE NUMBER: 2024-60236**

**ROBERT N. JONES**
**PLAINTIFF**

**VS.**

**IN THE 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**W&T OFFSHORE INC., ET AL**
**DEFENDANT**

## RETURN OF SERVICE

My name is **CHRIS LAWLESS**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 801 N Bishop Ave 107 , Dallas TX , 75208, U.S.A.

ON **Wednesday September 11, 2024 AT 08:40 AM - CITATION, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **W&T OFFSHORE INC (DOMESTIC COMPANY) BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM**.

On **Wednesday September 11, 2024** at **10:46 AM -** The above named documents were hand delivered to: **W&T OFFSHORE INC (DOMESTIC COMPANY) BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM @ 1999 BRYAN STREET, SUITE 900**, **DALLAS**, **TX 75201**, **in Person.** By delivering to George Martinez.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS

DECLARATION

"My name is **CHRIS LAWLESS,** my date of birth is 10/22/1959 my business address is 801 N Bishop Ave 107 , Dallas TX , 75208, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Wednesday September 11, 2024**

________________________________

**PSC#23949 EXP. 01/31/26**
Declarant; Appointed in accordance with State Statutes.

**2024.09.925353**

efile@courtrecords.com

Unofficial Copy Office of Marilyn Burgess District Clerk

10/1/2024 4:00 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92667423
By: Tammie Young
Filed: 10/1/2024 4:00 PM

CAUSE NO. 202460236

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1003400
TRACKING #: 74374148 EML

| | |
|---|---|
| Plaintiff: JONES, ROBERT N<br><br>vs.<br>Defendant: REC MARINE LOGISTICS LLC | In The 333rd<br>Judicial District Court of<br>Harris County, Texas<br><br>Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

**To: REC MARINE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH ITS REGISTERED AGENT RONALD ELIE CHADDOCK**
4535 HIGHWAY 308
RACELAND LA 70394

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 9/6/2024, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on September 10, 2024, under my hand and seal of said court.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Issued at the request of:
GRIFFIN, DARREN BRET
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393

Bar Number: 24025396

Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: MONICA JACKSON

Unofficial Copy Office of Marilyn Burgess District Clerk

NO. 2024-60236

| | | |
|---|---|---|
| **ROBERT N. JONES**<br><br>**VS.**<br><br>**W&T OFFSHORE INC., ET AL** | §<br>§<br>§<br>§<br>§<br>§ | **IN THE 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS** |

**AFFIDAVIT OF SERVICE**

**BEFORE ME**, the undersigned authority, JAMES WHITLOW (Process Server), personally appeared and stated under oath as follows:

1. My name is JAMES WHITLOW (server). I am over the age of eighteen (18), I am not a party to this case and have no interest in its outcome. I am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

650 POYDRAS ST, SUITE 1400, NEW ORLEANS, LA 70130
**(SERVER'S ADDRESS)**

2. ON 9·20·24 **(DATE)** AT 12 : 45 (A) **M (TIME), CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** came to hand for delivery to **REC MARINE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT, RONALD ELIE CHADDOCK**.

3. ON 9·30·24 **(DATE)** AT 11 : 45 (A) **M (TIME)**The above-named documents were hand delivered to: **REC MARINE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT, RONALD ELIE CHADDOCK** by hand delivering to:

RONALD ELIE CHADDOCK - OWNER
**(Name and Title)** a person authorized to accept service at:

4535 HIGHWAY 308, RACELAND, LA 70394
**(ADDRESS)**, in Person, **in accordance to Rule 108 TRCP.**

**FURTHER AFFIANT SAYETH NOT.**

James Whitlow
**SERVER'S SIGNATURE**

JAMES WHITLOW
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by James Whitlow (server) appeared on **this** 30 **day of** September, **2024** to attest witness my hand and seal of office.

[signature]
**NOTARY PUBLIC IN AND FOR THE STATE OF** Louisiana
**2024.09.925359**

ADRIANA WALKER NOTARY PUBLIC STATE OF LOUISIANA UNION JUSTICE CONFIDENCE COMMISSIONED FOR LIFE NOTARY ID NO. 185829 ORLEANS PARISH, LA

Unofficial Copy Office of Marilyn Burgess District Clerk

10/1/2024 3:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 92667046
By: Tammie Young
Filed: 10/1/2024 3:56 PM

CAUSE NO. 202460236

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 1003400
TRACKING #: 74374149 EML

| | |
|---|---|
| Plaintiff: JONES, ROBERT N<br><br>vs.<br>Defendant: REC MARINE LOGISTICS LLC | In The 333rd<br>Judicial District Court of<br>Harris County, Texas<br><br>Houston, Texas |

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

**To: GULF OFFSHORE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH ITS REGISTERED AGENT TODD P DANOS**
4535 HIGHWAY 308
RACELAND LA 70394

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on 9/6/2024, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on September 10, 2024, under my hand and seal of said court.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Issued at the request of:
GRIFFIN, DARREN BRET
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393

Bar Number: 24025396

Generated By: MONICA JACKSON

Unofficial Copy Office of Marilyn Burgess District Clerk

NO. 2024-60236

| | | |
|---|---|---|
| ROBERT N. JONES<br><br>VS.<br><br>W&T OFFSHORE INC., ET AL | §<br>§<br>§<br>§<br>§<br>§ | IN THE 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

**BEFORE ME,** the undersigned authority, JAMES WHITLOW (Process Server), personally appeared and stated under oath as follows:

1. My name is JAMES WHITLOW (server). I am over the age of eighteen (18), I am not a party to this case and have no interest in its outcome. I am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

650 POYDRAS ST, SUITE 1400, NEW ORLEANS, LA 70130
**(SERVER'S ADDRESS)**

2. ON 9-20-24 **(DATE)** AT 12 : 45 ( A ) **M (TIME), CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** came to hand for delivery to **GULF OFFSHORE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT, TODD P DANOS.**

3. ON 9-30-24 **(DATE)** AT 10 : 40 ( A ) **M (TIME)**The above-named documents were hand delivered to: **GULF OFFSHORE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT, TODD P DANOS** by hand delivering to:

TODD P. DANOS - OWNER
**(Name and Title)** a person authorized to accept service at:

4535 HIGHWAY 308, RACELAND, LA 70394
**(ADDRESS)**, in Person, **in accordance to Rule 108 TRCP.**

**FURTHER AFFIANT SAYETH NOT.**

James Whitlow
**SERVER'S SIGNATURE**

JAMES WHITLOW
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by James Whitlow (server) appeared on **this** 30 **day of** September **, 2024** to attest witness my hand and seal of office.

A Walker
**NOTARY PUBLIC IN AND FOR THE STATE OF** Louisiana
**2024.09.925362**

ADRIANA WALKER
NOTARY PUBLIC
STATE OF LOUISIANA
UNION JUSTICE CONFIDENCE
COMMISSIONED FOR LIFE
NOTARY ID NO. 185829
ORLEANS PARISH, LA

Unofficial Copy Office of Marilyn Burgess District Clerk