# EXHIBIT 3

**HCDistrictclerk.com** JONES, ROBERT N vs. REC MARINE LOGISTICS LLC 10/11/2024
Cause: 202460236 CDI: 7 Court: 333

**APPEALS**
No Appeals found.

**COST STATMENTS**
No Cost Statments found.

**TRANSFERS**
No Transfers found.

**POST TRIAL WRITS**
No Post Trial Writs found.

**ABSTRACTS**
No Abstracts found.

**SETTINGS**
No Settings found.

**NOTICES**
No Notices found.

**SUMMARY**

| CASE DETAILS | |
|---|---|
| **File Date** | 9/6/2024 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | PERSONAL INJ (NON-AUTO) |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 9/6/2024 |

| CURRENT PRESIDING JUDGE | |
|---|---|
| **Court** | 333rd |
| **Address** | 201 CAROLINE (Floor: 14)<br>HOUSTON, TX 77002<br>Phone:8329271800 |
| **JudgeName** | BRITTANYE MORRIS |
| **Court Type** | Civil |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| JONES, ROBERT N | PLAINTIFF - CIVIL | | BUZBEE, ANTHONY |
| REC MARINE LOGISTICS LLC | DEFENDANT - CIVIL | | |
| GULF OFFSHORE LOGISTICS LLC | DEFENDANT - CIVIL | | |
| W&T OFFSHORE INC | DEFENDANT - CIVIL | | NOE WILSON, SUSAN |
| REC MARINE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE | REGISTERED AGENT | | |
| 4535 HIGHWAY 308, RACELAND, LA 70394 | | | |
| GULF OFFSHORE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE | REGISTERED AGENT | | |
| 4535 HIGHWAY 308, RACELAND, LA 70394 | | | |
| W&T OFFSHORE INC (DOMESTIC COMPANY) MAY BE SERVED THROUGH ITS | REGISTERED AGENT | | |
| 1999 BRYAN ST STE 900, DALLAS, TX 75201 | | | |

**INACTIVE PARTIES**
No inactive parties found.

**JUDGMENT/EVENTS**

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/7/2024 | ANSWER ORIGINAL PETITION | | | 0 | | NOE WILSON, SUSAN | W&T OFFSHORE INC |
| 9/6/2024 | JURY DEMAND MADE (TRCP 216) | | | 0 | | | |
| 9/6/2024 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 9/6/2024 | ORIGINAL PETITION | | | 0 | | BUZBEE, ANTHONY | JONES, ROBERT N |

**SERVICES**

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | REC MARINE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE | 9/6/2024 | 9/10/2024 | 9/30/2024 | | | 74374148 | E-MAIL |
| 4535 HIGHWAY 308 RACELAND LA 70394 | | | | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | GULF OFFSHORE LOGISTICS LLC (FOREIGN LIMITED LIABILITY COMPANY) MAY BE | 9/6/2024 | 9/10/2024 | 9/30/2024 | | | 74374149 | E-MAIL |
| 4535 HIGHWAY 308 RACELAND LA 70394 | | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | W&T OFFSHORE INC (DOMESTIC COMPANY) MAY BE SERVED THROUGH ITS | 9/6/2024 | 9/10/2024 | 9/11/2024 | | 9/11/2024 | 74374150 | E-MAIL |
| 1999 BRYAN ST STE 900 DALLAS TX 75201 | | | | | | | | | | |

DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 116844309 | Defendant, W&T Offshore Inc's Answer to Plaintiff's Original Petition | | 10/07/2024 | 8 |
| 116760419 | Citation Return - Gulf Offshore Logistics LLC | | 10/01/2024 | 2 |
| 116760463 | Citation Return - REC Marine Logistics LLC | | 10/01/2024 | 2 |
| 116407451 | Citation W&T OFFSHORE INC | | 09/11/2024 | 3 |
| 116318494 | Plaintiffs Original Petition | | 09/06/2024 | 10 |
| ·> 116318495 | Request For Issuance Of Service | | 09/06/2024 | 1 |
| ·> 116318496 | Request For Issuance Of Service | | 09/06/2024 | 1 |
| ·> 116318497 | Request For Issuance Of Service | | 09/06/2024 | 1 |