# EXHIBIT 4

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT N. JONES** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 4:24-CV-3885** |
| **W&T OFFSHORE INC., REC MARINE** | § | |
| **LOGISTICS, LLC and GULF** | § | |
| **OFFSHORE LOGISTICS, LLC** | § | |
| ***Defendants.*** | § | |

**NOTICE OF CONSENT TO REMOVAL**

Defendants, REC Marine Logistics, LLC and Gulf Offshore Logistics, LLC file this consent to removal under 28 U.S.C. § 1446(b)(2).

1. Plaintiff is Robert N. Jones; Defendants are W&T Offshore Inc. ("W&T"), REC Marine Logistics, LLC ("REC Marine"), and Gulf Offshore Logistics, LLC ("Gulf Offshore Logistics").

2. On or about September 6, 2024, Plaintiff sued Defendants for alleged causes of action sounding in negligence, negligence per se and gross negligence against defendants, W&T Offshore Inc., REC Marine Logistics, LLC, and Gulf Offshore Logistics, LLC, for the alleged personal injury claims of Plaintiff.

3. W&T was served with Plaintiff's lawsuit on September 11, 2024 through its registered agent for service of process.

4. Defendant, REC Marine was served with Plaintiff's lawsuit on September 30, 2024 through its registered agent for service of process.

5. Defendant, Gulf Offshore Logistics was served with Plaintiff's lawsuit on September 30, 2024 through its registered agent for service of process.

6. On October 11, 2024, Defendant W&T filed a notice of removal to federal court.

7. Defendants REC Marine and Gulf Offshore Logistics agree with the notice of removal and consent to removal of this suit to federal court.

8. Defendants REC Marine Logistics, LLC and Gulf Offshore Logistics, LLC do not intend any admission of liability or waiver of defenses by this Consent to Removal and reserve all rights, pleas, defenses, and affirmative defenses, including but not limited to any available defenses under Federal Rule of Civil Procedure 12, none of which are waived.

Respectfully submitted,

***/s/Aaron B. Greenbaum***

Aaron B. Greenbaum
(SDTX - Federal ID No. 2023921, TX #24110938)
Shelia R. Tolar
(SDTX – Federal ID No. 3858992)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
**Attorneys for Defendants REC Marine Logistics, LLC and Gulf Offshore Logistics, LLC**

## CERTIFICATE OF SERVICE

I certify that on October 11, 2024, a true copy of the foregoing document was served upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system.

***/s/ Aaron B. Greenbaum***