# EXHIBIT 5

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT N. JONES** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 4:24-CV-3885** |
| **W&T OFFSHORE INC., REC MARINE** | § | |
| **LOGISTICS, LLC and GULF** | § | |
| **OFFSHORE LOGISTICS, LLC** | § | |
| ***Defendants.*** | § | |

**INDEX OF MATTERS BEING FILED**

1. Notice of Removal
2. All executed service of process with Citations in State Court case (Exhibit 1)
3. Pleadings in State Court Case (Exhibit 2)
   a. Plaintiff's Original Petition
   b. Defendant W&T Offshore, Inc.'s Original Answer
   c. Request for Issuance of Citation for Gulf Offshore Logistics, LLC
   d. Request for Issuance of Citation for Rec Marine Logistics, LLC
   e. Request for Issuance of Citation for W&T Offshore, Inc.
4. State Court Case Summary/Docket Sheet (Exhibit 3)
5. Notice of Consent for Removal (Exhibit4)
6. Index of Matters Being Filed (Exhibit 5)
7. List of Counsel of Record (Exhibit 6)