# EXHIBIT 6

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT N. JONES** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 4:24-CV-3885** |
| **W&T OFFSHORE INC., REC MARINE** | § | |
| **LOGISTICS, LLC and GULF** | § | |
| **OFFSHORE LOGISTICS, LLC** | § | |
| ***Defendants.*** | § | |

**W&T OFFSHORE INC.'S LIST OF COUNSEL OF RECORD**

**Counsel for Plaintiff Robert N. Jones**


The Buzbee Law Firm
Anthony G. Buzbee
tbuzbee@txattorneys.com
Bret Griffin
bgriffin@txattorneys.com
Colby Holler
choller@txattorneys.com
JP Morgan Chase
600 Travis Street, Suite 7300
Houston, Texas 77002
T: 713.223.5393
F: 713.223.5909


**Counsel for Defendant W&T Offshore, Inc.**


Schouest, Bamdas, Soshea, BenMaier & Eastham, PLLC
Susan Noe Wilson
snoewilson@sbsb-eastham.com
Kelly M. Haas
khaas@sbsb-eastham.com
1001 McKinney Street, Suite 1400
Houston, Texas 77002
T: 713.588.0446
F: 713.574.2942