1030-21163 #206473

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| **ROBERT N. JONES**<br>***Plaintiff,***<br><br>**vs.**<br><br>**W&T OFFSHORE INC., REC MARINE LOGISTICS, LLC and GULF OFFSHORE LOGISTICS, LLC**<br>***Defendants.*** | **CIVIL ACTION NO. 4:24-CV-03885** |

**OBJECTION TO MAGISTRATE JUDGE'S ORDER AND REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS**

**MAY IT PLEASE THE COURT:**

Defendants, REC Marine Logistics, LLC ("REC Marine") and Gulf Offshore Logistics, LLC ("Gulf Offshore") (hereinafter sometimes collectively referred to as "Defendants"), hereby file this limited Objection to Magistrate Judge Palermo's recent Order and Report and Recommendation. (ECF No. 22).

As the Court is aware, this case was removed from state court by co-defendant W&T Offshore, Inc. Upon removal, REC Marine and Gulf Offshore filed a Motion to Dismiss for lack of personal jurisdiction and improper venue. (ECF No. 6). The Plaintiff subsequently filed a Motion to Remand. (ECF No. 7). On January 31, 2025, Judge Palermo held a hearing on these Motions. Thereafter, an Order and Report and Recommendation was issued, recommending that the Court sever and remand the Plaintiff's claims against

REC Marine and Gulf Offshore back to state court. (ECF No. 22, p. 13). The Motion to dismiss for lack of personal jurisdiction and improper venue was denied as moot. *Id.*

REC Marine and Gulf Offshore are not filing this Objection for purposes of contesting the severance and remand of plaintiff's Jones Act claims back to state court. Rather, these defendants object to the Magistrate Judge's Order to the extent it can be construed as having made factual findings on the merits of Plaintiff's claims outside the issue of jurisdiction. For instance, the Order states that "REC and GOL directed that [Plaintiff] be transported to a platform on the Gulf of Mexico Outer Continental Shelf by a crane with a personnel basket.." and that "Due to the M/V GOL Warrior crew's untimely signaling to the crane operator…the operator lifted Plaintiff before he was ready, and he fell out of the basket onto the deck of the vessel, injuring himself." (ECF No. 22, p. 2) These are disputed factual allegations. It seems unlikely that the state court on remand would give any preclusive effect based on the language of the Magistrate Judge's Order. However, out of an abundance of caution, REC Marine and Gulf Offshore object to the Magistrate Judge's Order to the extent it can be construed as having made any factual findings on the merits of Plaintiff's allegations rather than simply a recitation of those allegations. Gulf Offshore and REC Marine reserve the right to assert to all defenses, exceptions, and affirmative defenses to the Plaintiff's allegations.

Respectfully submitted,

***/s/ Aaron B. Greenbaum***
Aaron B. Greenbaum
(SDTX - Federal ID No. 2023921, TX #24110938)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
**Attorney In Charge for Defendants, REC Marine Logistics, LLC and Gulf Offshore Logistics, LLC**

OF COUNSEL

PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC

Kyle A. Khoury
(SDTX – Federal ID No. 2998129)
Shelia R. Tolar
(SDTX – Federal ID No. 3858992)
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Kyle.Khoury@pjgglaw.com
Shelia.Tolar@pjgglaw.com

## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, a true copy of the foregoing document was served upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system.

***/s/ Aaron B. Greenbaum***